IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-01190 |
| ) | |
| DEFENDANT NO. 1: ) | |
| APPROXIMATELY $283,100.00 ) | |
| IN UNITED STATES CURRENCY; ) | |
| ) | |
| DEFENDANT NO. 2: ) | |
| ONE JP MORGAN CHASE BANK ) | |
| MONEY ORDER NUMBERED xxxxxx3974 ) | |
| IN THE AMOUNT OF $1,000.00; ) | |
| ) | |
| DEFENDANT NO. 3: ) | |
| ONE JP MORGAN CHASE BANK ) | |
| MONEY ORDER NUMBERED xxxxxx3863; ) | |
| IN THE AMOUNT OF $1,000.00; ) | |
| ) | |
| DEFENDANT NO. 4: ) | |
| ONE WESTERN UNION MONEY ORDER ) | |
| NUMBERED xx-xxxxx4740; ) | |
| IN THE AMOUNT OF $1,000.00; ) | |
| ) | |
| DEFENDANT NO. 5: ) | |
| ONE WESTERN UNION MONEY ORDER ) | |
| NUMBERED xx-xxxxx4760, ) | |
| IN THE AMOUNT OF $1,000.00; ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**COMPLAINT FOR FORFEITURE IN REM**

Plaintiff, United States of America, by and through its attorneys, Stephen R. McAllister, United States Attorney for the District of Kansas, and Sean M.A. Hatfield, Special Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

## NATURE OF THE ACTION

1. This is an action to forfeit and condemn to the use and benefit of the United States of America the following property: Approximately $283,100.00 in United States currency; two JP Morgan Chase Bank money orders in the amount of $1,000.00 each; and two Western Union money orders in the amount of $1,000.00 each (hereinafter "defendant assets"), all for violations of 21 U.S.C. § 841.

## THE DEFENDANT IN REM

2. The defendant property consists of approximately $283,100.00 in United States currency, two JP Morgan Chase Bank money orders in the amount of $1,000.00 each, and two Western Union money orders in the amount of $1,000.00 each, that were seized on April 19, 2018 by the Kansas Highway Patrol during a routine traffic stop of a vehicle driven by Steven Allen on I-70 at milepost 224 in Ellsworth County, in the District of Kansas. The defendant assets are currently in the custody of the United States Marshal Service.

## JURISDICTION AND VENUE

3. Plaintiff brings this action in rem in its own right to forfeit and condemn the defendant property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355.

4. This Court has in rem jurisdiction over the defendant property under 28 U.S.C. § 1355(b). Upon filing this complaint, the plaintiff requests that the Court issue an arrest warrant in rem pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

5. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district and/or pursuant to 28 U.S.C. § 1395, because the defendant property is located in the district.

## BASIS FOR FORFEITURE

6. The defendant property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because it constitutes 1) money, negotiable instruments, securities and other things of value furnished or intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act; and/or 2) proceeds traceable to such an exchange; and/or 3) money,

negotiable instruments, and securities used or intended to be used to facilitate a violation of the Controlled Substances Act.

## FACTS

7. Supplemental Rule G(2)(f) requires this complaint to state sufficiently detailed facts to support a reasonable belief that the government will be able to meet its burden of proof at trial. Such facts and circumstances supporting the seizure and forfeiture of the defendant property are contained in Exhibit A which is attached hereto and incorporated by reference.

## CLAIM FOR RELIEF

WHEREFORE, the plaintiff requests that the Court issue a warrant for the arrest of the defendant property; that notice of this action be given to all persons who reasonably appear to be potential claimants of interests in the properties; that the defendant property be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and disbursements in this action; and for such other and further relief as this Court deems proper and just.

The United States hereby requests that trial of the above entitled matter be held in the City of Wichita, Kansas.

Respectfully submitted,

STEPHEN R. McALLISTER
United States Attorney

*[signature]*
SEAN M.A. HATFIELD
Ks. S. Ct. No. 24098
Special Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
T: (316) 269-6481
F: (316) 269-6484
sean.hatfield@usdoj.gov

## DECLARATION

I, **Scott M. Proffitt**, am a Task Force Officer with the Drug Enforcement Administration in the District of Kansas.

I have read the contents of the foregoing Complaint for Forfeiture, and the exhibit thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 29th day of June, 2018.

*[signature]*
TFO SCOTT M. PROFFITT
DEA

5

## AFFIDAVIT

I, Scott Proffitt, being first duly sworn, depose and state:

1. I have been employed as a Kansas Highway Patrol (KHP) Trooper for fourteen (14) years and has been cross-designated as a DEA Task Force Officer for five (5) years. My duties include investigation of violations of the Controlled Substance Act, Title 21 of the United States Code and the forfeitures thereto.

2. The information contained in this affidavit is known to me through personal direct knowledge, and /or through a review of official reports prepared by other law enforcement personnel. This affidavit is submitted in support of a forfeiture proceeding.

3. On or about April 19, 2018, Kansas Highway Patrol (KHP) Trooper Justin Rohr stopped 2018 Mazda CX5 bearing a Kentucky registration in Ellsworth County, Kansas in the District of Kansas, for failing to have tail lights illuminated.

4. The Mazda was driven by Steven ALLEN who was the renter and sole occupant. ALLEN indicated he was traveling from Kentucky to Las Vegas, Nevada for a bachelor's party.

5. ALLEN indicated he would be turning the rental car in Las Vegas, and that he may stay there for a month. Trooper Rohr noted the rental agreement indicated the vehicle should be returned to Bowling Green, Kentucky in three days.

6. ALLEN indicated there were no large sums of currency when Trooper Rohr inquired.

7. ALLEN consented to Trooper Rohr's request to search the vehicle which revealed two large sums of U.S. currency; one sum concealed in the bottom of a toiletry bag sitting on the second row seat, and one sum concealed in a suitcase in the trunk. The currency was bundled with rubber bands and labeled to indicate ten thousand dollar increments.

8. It was later discovered one of the bundles contained four (4) money orders, each having a one thousand dollar value. None of the money orders had a recipient or a sender listed.

9. DEA Task Force Officer Scott Proffitt attempted to interview ALLEN about the currency. ALLEN indicated he was traveling to Las Vegas for a bachelor's party. When TFO Proffitt asked who was getting married ALLEN invoked his rights.

10. A certified drug detection canine alerted to the odor of controlled substances emitting from the currency, which also included the money orders. The total currency seized, including the four $1,000.00 money orders was approximately $287,100.00.

11. Based on the information set out above, I have probable cause to believe that the approximately $287,100.00 seized by the KHP from ALLEN constitutes money or other things of value furnished or intended to be furnished in exchange for a controlled substances, or proceeds traceable to such an exchange, or was used or intended to be used to facilitate one or more violations of Title 21, U.S.C. § 841 et seq. Accordingly, the $287,100.00 is subject to forfeiture pursuant to Title 21, U.S.C. § 881.

Scott Proffitt, TFO
DEA

Sworn to and subscribed before me this 29th day of June, 2018

DAWN M. VONLINTEL
Notary Public - State of Kansas
My Appt. Expires Oct. 22, 2020

NOTARY